961 A.2d 52

**Joseph AUSTIN, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.**

**No. 134 EM 2008.**

Supreme Court of Pennsylvania.

Nov. 17, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 17th day of November, 2008, the Application for Leave to File Original Process is **GRANTED,** and Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

961 A.2d 53

**BAYOCK Haynes, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 132 EM 2008.**

Supreme Court of Pennsylvania.

Nov. 17, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 17th day of November, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**